702 A.2d 346

PROGRESSIVE CASUALTY INSURANCE COMPANY
v. BRIGHTSTONE WATERPROOFING, INC.
AND AMERICO FERROLHO.

October 29, 1997.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

702 A.2d 346

DON FISHER v. NEW JERSEY STATE PAROLE BOARD.

ERIC GIBBONS v. SCOTT FAUNCE.

October 29, 1997.

## ORDER

Leave to appeal is granted.